IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

SANJAY PATEL,                )
                                )
     Petitioner,      )
vs.                              )    Case No.    4:08-cv-896-WMA-TMP
                                )
MICHAEL MUKASEY, Attorney  )
General of the United States; et al.,  )
                                )
     Respondents.     )

O R D E R

On February 17, 2009, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. No objections have been filed.[1]

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED as MOOT.

DONE this 19th day of March, 2009.

                                                          _____
                                                          WILLIAM M. ACKER, JR.
                                                          UNITED STATES DISTRICT JUDGE

---

[1] On March 5, 2009, the petitioner's copy of the report and recommendation was returned to the court by the postal service, marked "Return to Sender - Not Deliverable as Addressed - Unable to Forward."